JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVELYN HALIK**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**MICHAEL CHERTOFF,**<br>**SECRETARY, DEPARTMENT OF**<br>**HOMELAND SECURITY, Agency,**<br><br>　　　　**Defendant.** | Case No. SACV 07-841 DOC (RNBx)<br><br><br><br>**J U D G M E N T** |

　　　Pursuant to stipulation of the parties, this civil case was called for trial before the Court, without a jury, on January 15, 2009. The Court heard closing arguments and took the matter under submission on February 19, 2009. The Court having heard all the testimony and considered all admissible evidence, as well as the arguments of counsel and their respective

1  proposed Findings of Fact and Conclusions of Law, entered and filed its Findings of Fact and
2  Conclusions of Law in this case on February 24, 2009.  After reviewing all of the evidence in
3  this matter and findings of fact and conclusions of law having been rendered,
4      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in
5  favor of defendant.  Plaintiff is not entitled to any of her requested relief.
6      All parties shall bare their own costs and attorneys' fees.

8  IT IS SO ORDERED.
9  DATED: February 24, 2009

_____
DAVID O. CARTER
United States District Judge

2